Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lester Mathews

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LESTER MATHEWS, | ) Case No.: Case 2:13-cv-00964 MRW |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1       IT IS SO ORDERED.

DATE: September 16, 2013

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

DATE: September 14, 2013    Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING
                              /s/ *Vijay J. Patel*
                   BY:_____
                              Vijay J. Patel
                              Attorney for plaintiff Lester Mathews

-2-

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER CASE 2:13-CV-00964 MRW

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 14, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Vijay J. Patel*

_____
Vijay J. Patel
Attorneys for Plaintiff
_____